UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

          v.

JERMAINE MATHEWS,

    Defendant.

Case No. 1:25-cr-39-4
(Litkovitz, M.J.)

_____

**ORDER APPOINTING COUNSEL**

_____

    The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

    Therefore, the Federal Public Defender, 250 E. Fifth Street, Suite 350, Chiquita Center, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter, or is directed to appoint counsel from the Court's Criminal Justice Act Panel (CJA). The defendant may be required to contribute to the cost of representation depending on circumstances to be determined at a later date.

    IT IS SO ORDERED.

Date   8/25/2025

Karen L. Litkovitz
United States Magistrate Judge