## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:25-CR-00039 |
| Plaintiff, | : | |
| | : | JUDGE HOPKINS |
| vs. | : | |
| | : | |
| JERMAINE MATHEWS, | : | **MOTION TO REMOVE GPS** |
| | : | **REQUIREMENT OF BOND** |
| Defendant. | : | **\*HEARING REQUESTED\*** |
| | : | |
| | : | |

Now comes Mr. Mathews, by and through counsel, and respectfully requests this Court to remove the requirement that he be on GPS/ Electronic monitoring. This condition was placed on Mr. Mathews by this Court on September 9, 2025. This appeared to be at least in part required because he was on GPS for an unrelated state case when Mr. Mathews was arrested. Mr. Mathews was on GPS lockdown for over six months with no issues or violations. Based on this, Hamilton County modified his bond on February 23, 2026 to remove EMU. The monetary bond remained in place. (see Attachment #1)

Wherefore, Mr. Mathews respectfully requests that this court remove the requirement of GPS. He has followed all the rules of pre-trial release and has shown that he is not a flight risk.

Respectfully submitted,

*/s/ KARA C. BLACKNEY*
KARA C. BLACKNEY 0085940
BLACKNEY LAW, LLC
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
(513) 381-8115
kara@blackneylaw.com

1

## CERTIFICATE OF SERVICE

I do certify that a copy of the foregoing was served upon the Prosecuting Attorney's Office this 27th day of February 2026.

*/s/ KARA C. BLACKNEY*
KARA C. BLACKNEY 0085940

2



**ENTERED**
**FEB 23 2026**

**COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**

STATE OF OHIO,                                              :   Case No. B 2504011 -C
                        Plaintiff,                          :
                                                            :
        v.                                                  :   **JUDGE VIRGINIA TALLENT**
                                                            :
_Jermaine Matthews_          ,                              :   **ENTRY MODIFYING BOND**
                        **Defendant.**                      :

Defendant has filed a motion to modify bond.  After a hearing where the victim (if any) was notified of the bond hearing, the Court finds, for good cause shown, that Defendant shall be released pre-trial under the following least-restrictive conditions per Crim.R. 46 that will reasonably assure Defendant's appearance, protect the safety of any person or community, and not permit Defendant to obstruct the criminal justice process.

$_____     Cash Bond to be paid:
          \_\_\_ appearance bond with deposit of a sum of money equal to 10% of bond
          \_\_\_ unsecured appearance bond
          \_\_\_ sureties or cash in the amount of the bond (secured by real estate, securities as
                allowed by law, or cash at the option of Defendant)
\_\_\_\_\_     Own Recognize Bond  **✱REMOVE EMU — CASH Bond Remains the**
                                                                          **Same.**
\_\_\_\_\_     EMU 24/7 house arrest with **NO exceptions** except as stated in EMU Rules
\_\_\_\_\_     EMU with following exceptions if verified by EMU:
          \_\_work \_\_court \_\_attorney \_\_medical _____curfew (must be home)
                _____personal business   other _____
\_\_\_\_\_     Juris Monitor at home / work, if agreed to by _____
 ✗   Stay Away From and No Contact in any manner/direct or indirect With
          ✗ victim(s) _____ .
          ✗ witnesses_____  others: _____
          \_\_\_\_\_ Proof of likelihood that the person will threaten, harass, cause injury, or seek to
                intimidate witness/others: _____
\_\_\_\_\_ Require completion of drug / alcohol / mental health assessment and compliance with treatment
          recommendations (Notify Pre-trial Services) Note: _____
\_\_\_\_\_Require compliance with alternatives to pretrial detention: diversion program, day reporting, or
_____
\_\_\_\_\_Any other condition considered reasonably necessary to assure appearance or public safety:
          \_\_\_No alcohol, marijuana, controlled substances without a prescription
          \_\_\_Defendant placed in custody of person / organization: _____
          \_\_\_Defendant must surrender all firearms to Hamilton County Sheriff upon release from jail
          \_\_\_Travel: do not leave county / state / USA        \_\_\_Surrender passport
          ✗No access to firearms / weapons              \_\_\_Must not engage in assaultive behavior
          \_\_\_ Must Report to Court each scheduled date     \_\_\_Day reporting
          \_\_\_Other: _____

                                        _V. Tallent_
                                        VIRGINIA TALLENT, JUDGE

**NOTICE: TAMPERING WITH EMU EQUIPMENT WILL RESULT IN AN <u>IMMEDIATE ARREST</u>
<u>WARRANT</u>.  Compliance with EMU for six months may result in more privilege**

12.19.22



D147440078

#1